UNITED STATES *versus* MARY ANN CARNAN.

PAPERS IN FILE (1834): (1) Affidavit and petition for certiorari, allocatur; (2) recognizance for certiorari; (3) writ of certiorari.
*1824–36 Calendar*, MS p. 232.